IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-569-RJC-DCK

| | |
|---|---|
| ASSURANT, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| MEDASSURANT, INC., | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Defendant's "Application For Admission To Practice Pro Hac Vice" (Document No. 9) filed February 4, 2009 for Admission *Pro Hac Vice* of Ann Katherine Ford, pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Ann Katherine Ford of the law firm of DLA Piper LLP (US), is a member in good standing of the District of Columbia bar.

It further appears that Ms. Ford has associated Daniel V. Mumford of K&L Gates LLP as local counsel.

IT IS THEREFORE ORDERED that Ann Katherine Ford be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as co-counsel for Defendant MedAssurant, Inc.

Signed: February 4, 2009

David C. Keesler
United States Magistrate Judge