# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:08cv569

| | |
|---|---|
| ASSURANT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MEDASSURANT, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion for Entry of Stipulated Protocol Regarding Electronic Discovery and Format of Production of Documents. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Entry of Stipulated Protocol Regarding Electronic Discovery and Format of Production of Documents (#50) is **GRANTED,** and the Stipulated Protocol Regarding Electronic Discovery and Format of Production of Documents (#50-1) is incorporated herein by reference as if fully set forth and **ENTERED**.

Signed: April 4, 2011

Max O. Cogburn Jr.
United States District Judge