**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv569-MOC-DCK**

| | |
|---|---|
| ASSURANT, INC., ) | |
| ) | |
|       **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| MEDASSURANT, INC., ) | |
| ) | |
|       **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on a joint motion for an order administratively closing this matter pending finalization of settlement. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint motion for an order administratively closing this matter pending finalization of settlement(#56) is **GRANTED**. The parties are directed to file a stipulation of dismissal with prejudice on or before September 14, 2012.[1] The court respectfully requests the clerk to close the case administratively, with the right of either party to reopen if settlement is not concluded.

---

[1] On July 5, 2011, the parties reached a confidential settlement. The settlement involves actions by the parties that will conclude on or before August 31, 2012.

Signed: July 18, 2011

Max O. Cogburn Jr.
United States District Judge